IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JOHN DOE; KIMBERLY
WARNER; CHRIS WARNER,

       Plaintiffs,

   v.

MEDFORD SCHOOL DISTRICT
549C,

       Defendant.

No. 1:19-cv-01395-CL

**ORDER**

McSHANE, District Judge.

    Magistrate Judge Mark D. Clarke has filed a Report and Recommendation, ECF No. 17, recommending that Plaintiffs' federal claim be dismissed and that this Court decline supplemental jurisdiction over Plaintiffs' state law claims. Plaintiffs did not respond to Defendant's Motion to Dismiss, ECF No. 14, and have not filed objections to the Report and Recommendation. Although no objections have been filed, this Court reviews the legal principles *de novo*. *See Lorin Corp. v. Goto & Co., Ltd.*, 700 F.2d 1202, 1206 (9th Cir. 1983).

    The Court has given this matter *de novo* review and finds no error. Accordingly, the Court ADOPTS the Report and Recommendation. Defendant's Motion to Dismiss is GRANTED.

Page 1 – ORDER

Plaintiffs' federal claim is DISMISSED with prejudice.  Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law claims and so those claims are DISMISSED without prejudice.  Final judgment shall be entered accordingly.

It is so ORDERED and DATED this 16th day of June 2020.

_s/Michael J. McShane_
MICHAEL McSHANE
United States District Judge
